# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 15, 2019

## NO. 03-19-00060-CV

**Uvalde County Appraisal District, Appellant**

**v.**

**Albert M. Walker, Jr. d/b/a The Law Firm of Albert M. Walker, Jr.; and
William A. Kessler, Jr. d/b/a The Law Firm of Kessler & Kessler, Appellees**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on December 19, 2018. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.